```
 1 │ Floyd W. Bybee, #012651
   │ BYBEE LAW CENTER, PLC
 2 │ 2473 S. Higley Road
   │ Suite 104-308
 3 │ Gilbert, AZ  85295-3023
   │ Office: (480) 756-8822
 4 │ Fax: (480) 302-4186
   │ floyd@bybeelaw.com
 5 │
   │ Attorney for Plaintiff
 6 │
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │                   DISTRICT OF ARIZONA
10 │  ─────────────────────────────
   │                              )
11 │  Jessica Luck,               )    No.  CV10-1177-PHX-GMS
   │                              )
12 │                              )
   │                              )
13 │       Plaintiff,             )
   │                              )
14 │  v.                          )    NOTICE OF SETTLEMENT
   │                              )
15 │  The Brachfeld Law Group, a  )
   │  professional corporation,   )
16 │                              )
   │                              )
17 │       Defendant.             )
   │                              )
18 │  ─────────────────────────────)
19 │      Plaintiff, by and through counsel, hereby gives
20 │  notice that Plaintiff and Defendant have reached a
21 │  settlement in this case, and will be filing a stipulation
22 │  of dismissal within thirty (30) days.
23 │  / / /
24 │  / / /
25 │
```

    DATED   August 9, 2010  .

                                  s/ Floyd W. Bybee
                                Floyd W. Bybee, #012651
                                **BYBEE LAW CENTER, PLC**
                                2473 S. Higley Road
                                Suite 104-308
                                Gilbert, AZ  85295-3023
                                Office: (480) 756-8822
                                Fax: (480) 302-4186
                                floyd@bybeelaw.com

                                Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned certifies that on   August 9, 2010  , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

and

**COPY** of the foregoing mailed
   August 9, 2010   to:

Erica L. Brachfeld
THE BRACHFELD LAW GROUP, P.C.
880 Apollo St., Ste. 155
El Segundo, CA 90245

by   s/ Floyd W. Bybee